AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
DEC - 3 2012
**Clerk of Court**

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. M-12-2582-M |
| Ramon Solis ) | |
| YOB:1981 ) | |
| USC ) | |
| ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 30, 2012 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section(s) 751 (a) | Knowingly ESCAPED from federal custody, that is, the Mid Valley Half-Way House, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the Southern District of Indiana, for conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, Violation of Title 21 USC 846, 841 (a)(1), 841 (b)(1)(A). |

This criminal complaint is based on these facts:

See Attachment "A"

☐ Continued on the attached sheet.

Approved as foto.
[signature]
TA 204
12-3-12

_Complainant's signature_

Deputy U.S. Marshal Reynaldo Gonzalez
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/3/2012

City and state: McAllen, Texas

_Judge's signature_

Dorina Ramos   US Magistrate Judge
_Printed name and title_

ATTACHMENT "A"

On June 5, 2010, RAMON SOLIS was arrested by The Drug Enforcement Administration (DEA), Indianapolis, Indiana, and charged with possession of cocaine. On April 13,2011 SOLIS was sentenced to 46 months custody of the Bureau of prisons (BOP) followed by a three year term of supervised release ordered by United States District Judge William T. Lawrence out of the Southern District of Indiana in case #1:10CR00110-002. On September 17, 2012 SOLIS was assigned to the Mid Valley Halfway House, Edinburg, TX, by BOP.

On November 30, 2012 at approximately 19:00 hours Deputy U.S. Marshal Reynaldo Gonzalez (DUSM) was notified by U.S. Marshal Command Center in Houston Texas that they received a call from BOP that RAMON SOLIS failed to return to the Halfway House located at 402 West Chapin Road, Edinburg, Texas, 78539. On November 30, 2012, at approximately 09:11 am, inmate SOLIS signed out to work and left for lunch at 12:00 noon but failed to return to work. Inmate SOLIS was supposed to return to work after his lunch hour but did not, and was not authorized to go anywhere else. Inmate SOLIS also failed to return to the Mid Valley Halfway House by 8 pm like he was scheduled to. Inmate SOLIS left without taking any personal belongings. Several checks were made by Mid Valley House staff in an attempt to locate inmate SOLIS, but were unsuccessful.

Inmate Solis was placed on escape status and his whereabouts are unknown at this time. On Saturday December 1, 2012, U.S. Marshal Reynaldo Gonzalez received a phone call from Inmate SOLIS's sister (Lorena Solis) who stated that inmate SOLIS called her from a Mexican phone number stating that he was in Mexico and for her not to worry about him, that he was ok. Lorena stated that was the extent of their phone conversation